IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00292-WYD-CBS

ALL STATE INDEMNITY COMPANY,

    Plaintiff,

v.

RITA BOWMAN,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendants Motion to Vacate Status Hearing Concerning An Amendment of Defendant's Answer and the Addition of a Counterclaim by the Defendant (filed September 20, 2005; *doc. no. 24*) is **GRANTED**. The hearing set for September 22, 2005, is **VACATED**. It is further

    **ORDERED** that Defendant's Second Amended Answer to Plaintiff's Complaint for Declaratory Judgment and Counterclaim for Declaratory Judgment Seeking Reformation of an Insurance Contract (*doc. no. 23*) is accepted for filing as of September 20, 2005. It is further

    **ORDERED** that Defendant's Amended Answer to Plaintiff's Complaint for Declaratory Judgment and Counterclaim for Declaratory Judgement (filed July 13, 2005; *doc. no. 16*) is **WITHDRAWN**. It is further

    **ORDERED** that Plaintiff's Motion to Strike Defendant's Amended Answer and Counterclaim (filed July 26, 2005; *doc. no. 17*) is **DENIED**, as moot. It is further

    **ORDERED** that when filing documents with the court, counsel is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.). **Counsel for Defendant is particularly instructed to note D.C.COLOL.CIVR. 10.1 E (Spacing)**.

    **DATED:**    September 23, 2005