IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00292-WYD-CBS

ALL STATE INDEMNITY COMPANY,

      Plaintiff,

v.

RITA BOWMAN,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that parties Joint Motion for Modification of Scheduling Order (filed November 23, 2005; *doc. no. 37*) is **GRANTED**. The court will extend the following pretrial deadlines:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **May 23, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **June 22, 2006** |
| Discovery deadline | **July 15, 2006** |
| Dispositive motion deadline | **August 14, 2006** |
| Settlement conference | **May 10, 2006 at 1:30 p.m. (Mountain Time)** |
| Final pretrial conference | **December 18, 2006 at 9:15 a.m. (Mountain Time)** |
| Proposed final pretrial order due | **December 11, 2006** |

      Parties are advised that absent a showing of *extremely* good cause, the court is not inclined to further extend the pretrial deadlines.

**DATED:**      November 29, 2005