IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00292-WYD-CBS

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RITA BOWMAN,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice filed August 30, 2006.  The parties stipulate therein to dismissal of the case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Court, being fully advised,

ORDERS that the Stipulation of Dismissal with Prejudice is **APPROVED**.  In accordance therewith, it is

ORDERED that this action and all claims asserted herein are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Dated:  September 1, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge